UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PETER S. AWONOHOPAY,

        Defendant.

Case No. 19-CR-_____

19-CR-208

[18 U.S.C. §§ 2244(b), 2247(a), and 1153(a)]

**Green Bay Division**

---

## INDICTMENT

---

**THE GRAND JURY CHARGES THAT:**

1. On or about June 17, 2019, in the State and Eastern District of Wisconsin, and within the exterior boundaries of the Menominee Indian Reservation,

**PETER S. AWONOHOPAY,**

being a Native American Indian, knowingly engaged in sexual contact, including hand to buttocks contact, with another Native American Indian, Jane Doe.

2. At the time of the offense, the defendant had been convicted of a prior sex offense, to wit: Sexual Abuse of a Minor in violation of Title 18, United States Code, Sections 2243(a) and 1153(a), in the Eastern District of Wisconsin, case number 05-CR-284.

All in violation of Title 18, United States Code, Sections 2244(b) and 1153(a), and 2247(a).

A TRUE BILL:

FOREPERSON
Dated: _____11-19-19_____

MATTHEW J. KRUEGER
United States Attorney